### 13119. HOLCOMBE, executor, v. HEARD.

BLOODWORTH, J. 1. The original petition set out a cause of action. The amendment thereto was properly allowed, and the court did not err in overruling the " oral general demurrer " to the petition as amended.

2. None of the special grounds of the amendment to the motion for a new trial shows reversible error.

3. There is ample evidence to support the verdict for $282.89, the amount at which it was allowed to stand after the plaintiff had voluntarily written off $17.11 from $300, the amount for which the jury returned a verdict. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

                            DECIDED JUNE 14, 1922.

Complaint; from city court of Atlanta — Judge Reid. October 22, 1921.

*Etheridge, Sams & Etheridge,* for plaintiff in error.

*Dorsey, Brewster, Howell & Heyman,* contra.